United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN L. WILLIAMS, ) | No. C 06-4488 MMC (PR) |
| ) | |
| Plaintiff, ) | **ORDER DENYING MOTIONS TO COMPEL; GRANTING IN PART AND DENYING IN PART MOTION TO ENTER RECORDS AND TO CHANGE ADDRESS** |
| v. ) | |
| ) | |
| JESUS A. GARCIA, et al., ) | |
| ) | |
| Defendants. ) | **(Docket Nos. 8, 9, 10)** |
| _____ ) | |

Plaintiff, a California prisoner proceeding pro se, filed the above-titled civil rights action under 42 U.S.C. § 1983.  Defendants have recently been granted an extension of time in which to file a dispositive motion.

Now before the Court are plaintiff's motions to compel discovery from defendants (Docket Nos. 9 and 10).  Plaintiff may file a motion to compel discovery only after he satisfies the "meet and confer" requirements of the discovery rules.  See Fed. R. Civ. P. 37(a)(2)(A); L. R. 37-1(a).  It is clear from plaintiff's motions that he has not done so.  Accordingly, plaintiff's motions to compel are hereby DENIED.

Also before the Court is plaintiff's "Motion to Enter into Records Documentary Evidence" (Docket No. 8), to which plaintiff has attached various prison records.[1]  Plaintiff provides no explanation in said motion as to the relevance of any such records to plaintiff's

---

[1] The motion reflects a new address for plaintiff, and the Clerk has amended the docket to reflect such change of address.

1 claims, let alone whether they pertain to any motion filed under the Federal Rules of Civil
2 Procedure or their admissibility under the Federal Rules of Evidence.  Consequently,
3 plaintiff's request to "enter" said records is hereby DENIED.
4     This order terminates Docket Nos 8, 9, and 10.
5     IT IS SO ORDERED.
6 DATED: April 11, 2007

_____
MAXINE M. CHESNEY
United States District Judge